OPINION — AG — ** COMMERCIAL MINNOW LICENSE ** BOTH RESIDENT AND NONRESIDENT HOLDERS OF ANY COMMERICAL MINNOW DEALER'S LICENSES UNDER HOUSE BILL NO. 859 OF THE 1957 LEGISLATURE ARE ENTITLED TO REFUNDS FOR THE UNUSED PORTIONS OF SUCH LICENSES. (EXEMPTIONS, PRO RATA, IMPORT EXPORT LICENSE COMMERICAL) CITE: 29 O.S. 803 [29-803], 29 O.S. 807 [29-807], 29 O.S. 810 [29-810] (J. H. JOHNSON)